UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 07 2021

Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. **M-21-1778** |
| | § | |
| LIZ JOMAYRA DIAZ-COLON | § | |
| ELIAS HERRERA | § | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## Count One

From on or about August 20, 2021 to on or about August 22, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LIZ JOMAYRA DIAZ-COLON
and
ELIAS HERRERA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substances involved were 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

## Count Two

On or about August 20, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LIZ JOMAYRA DIAZ-COLON**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 1 kilogram or more, that is, approximately 4.66 kilograms of a mixture or substance containing a detectable amount of heroin, a

Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

### Count Three

On or about August 22, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ELIAS HERRERA**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 400 grams or more, that is, approximately 4.76 kilogram of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1), and Title 18, United States Code, Section 2.

### Count Four

From on or about August 20, 2021 to on or about August 22, 2021, in the Southern District of Texas and within the jurisdiction of the court, defendants,

**LIZ JOMAYRA DIAZ-COLON
and
ELIAS HERRERA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to posess with intent to distribute a controlled substance. The controlled substances involved were 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Five

On or about August 20, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LIZ JOMAYRA DIAZ-COLON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1 kilogram or more, that is, approximately 4.66 kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Count Six

On or about August 22, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ELIAS HERRERA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 400 grams or more, that is, approximately 4.76 kilogram of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as Fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY